# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RIGOBERTO RAMOS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 23-677-CFC |
| C/O HENRY, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

At Wilmington, on this Sixteenth day of December 2024, having considered Plaintiff's motion to dismiss for failure to state a claim (D.I. 19);

WHEREAS, on October 31, 2024, the Court entered an Order (D.I. 21) that Plaintiff show cause on or before November 29, 2024, for why case dismissal was not warranted by Plaintiff's failure to respond to Defendants' motion to dismiss (D.I. 19);

WHEREAS, more than thirty (30) days have elapsed since the Court's October 31, 2024 Order, and to date, Plaintiff has filed no response;

IT IS HEREBY ORDERED that is action is dismissed without prejudice for Plaintiff's failure to prosecute and to follow this Court October 31, 2024 Order.

_____
Chief Judge